# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

**Krishan Chand Chhabra,**

    **Debtor.**                                                CASE NO. : 10-02597-KSJ
                                                                     CHAPTER: 13

_____/

## EMERGENCY MOTION TO POSTPONE
## MORTGAGE MODIFICATION MEDIATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR16, its successors and/or assigns, seeking a continuance of the Mortgage Modification Mediation and in support thereof states the following:

1. Debtor KRISHAN CHAND CHHABRA filed a Debtor's *Motion to Set Mediation for Modification of Debtor's Mortgage* on June 24, 2010 (DE 32).

2. On June 25, 2010, the Court entered the *Mortgage Modification Mediation Order* (DE 34).

3. The Mortgage Modification Mediation is scheduled for **August 25, 2010 at 3:00 PM at the Law Office of Carole Suzanne Bess, Counsel for the Debtor, 101B North Plumosa Street, Merritt Island, Florida**.

FILE_NUMBER: B10017913

Serial: 14889200
DOC_ID: M012508



4. Debtor's counsel has advised that the debtor has been injured in an automobile accident, and is unable to complete the Loss Mitigation Application prior to the scheduled mediation.

5. The parties need extra time to exchange copies of the Loss Mitigation Application and to perform under the terms of the *Mortgage Modification Mediation Order*.

6. Debtor's counsel has no opposition to the Mortgage Modification Mediation being continued to a later date.

7. The parties have reached an agreement to reschedule the Mortgage Modification Mediation to **September 30, 2010 at 10:00 AM at the Law Office of Carole Suzanne Bess, Counsel for the Debtor, 101B North Plumosa Street, Merritt Island, Florida**.

**WHEREFORE, PREMISES CONSIDERED**, Movant requests this Honorable Court to enter an Order granting the Emergency Motion to Continue Mortgage Modification Mediation until September 30, 2010 and for any such other relief as the Court deems proper.

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3500
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/ Kevin A. Comer
KEVIN A. COMER, ESQ.
FLORIDA BAR NO. 055553
ATTORNEY FOR U.S. BANK
NATIONAL ASSOCIATION AS
SUCCESSOR TRUSTEE TO WACHOVIA
BANK, NATIONAL ASSOCIATION, AS
TRUSTEE FOR WELLS FARGO ASSET
SECURITIES CORPORATION,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-AR16

B10017913

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that copies of the foregoing Emergency Motion to Postpone Mortgage Modification Mediation have been furnished by regular U.S. Mail to all parties listed this 19th day of August, 2010.

Krishan Chand Chhabra
4150 King Street
Cocoa, FL  32926

      I HEREBY CERTIFY that copies of the foregoing Emergency Motion to Postpone Mortgage Modification Mediation have been furnished by Electronic Mail to all parties listed this 19th day of August, 2010.

Carole S Bess
office@bessdaleylaw.com
101B North Plumosa Street
Merritt Island, FL  32953

Laurie K. Weatherford, Trustee
ECF Service
Post Office Box 3450
Winter Park, FL  32790

      Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3500
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/  Kevin A. Comer
KEVIN A. COMER, ESQ.
FLORIDA BAR NO. 055553
ATTORNEY FOR U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR16

B10017913