# United States Bankruptcy Court
## Middle District of Florida

In re    Krishan Chhabra                                     Case No.    6:10-bk-02597-KSJ

_____    _____

Debtor(s)    Chapter    13

## CONCLUSIVE REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's order, mediation in the above referenced case was held on the 28th day of October, 2010.

The result of the conference is as follows:

_____    1.    A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

_____    2.    A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

_____    3.    The parties agree to reconvene to continue mediation.

__xx__    4.    The parties have impassed. All issues require Court intervention.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Notice or Regular U.S. Mail to:

**Debtors,** c/o Debtor's Counsel
**Debtor's counsel,** Carole Bess, Esq., Bess & Daley Law, 101 N. Plumosa Street Merritt Island, FL 32953
**Chapter 13 Trustee,** Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;
**Creditor,** U.S. Bank c/o Creditor Counsel
**Creditor's counsel,** Florida Default Law Group, 9119 Corporate Lake Drive, Ste 300 Tampa, FL 33634.

*Elizabeth F. McCausland*

On  November 3, 2010                            _____

Elizabeth F. McCausland, Esq.
Florida Bar No.: 0125822
Liz McCausland, PA
545 Delaney Ave. Suite 7
Orlando, FL 32801
(407) 492-1817
(407) 545-4335 fax
Liz@LizLawFirm.com